UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Crim. No. 05-90-B-W |
| | ) |
| JESSICA NICKELS, | ) |
| | ) |
| Defendant | ) |

**RECOMMENDED DECISION**

Defendant Jessica Nickles has filed a motion (Docket No. 20) to suppress "as evidence at trial any and all evidence secured as a result of the September 9, 2005, interrogation of Jessica Nickels at Acadia National Park Headquarters by Ranger Supervisor Kevin Cochary, Ranger Supervisor Stewart West, and MDEA Agent Shawn Farrar". The Government filed a response (Docket No. 21) to the motion indicating that it "does not object to the granting of the defendant's motion and will not seek to introduce her post-arrest statements in its case-in-chief at trial," reserving its right to make use of the statements as set forth in Harris v. New York, 401 U.S. 22, 225-26 (1971) and its progeny.

Accordingly, I recommend that the court **GRANT** Defendant Nickles's motion to suppress.

NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, and request for oral argument before the district judge, if any is sought, within ten (10) days of being served with a copy thereof. A responsive

memorandum and any request for oral argument before the district judge shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge

Dated: January 10, 2006