UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) |
| v. | ) CR-05-90-B-W-01 |
| | ) |
| JESSICA NICKELS, | ) |
| | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision filed January 10, 2006, the Recommended Decision is accepted.

1. It is therefore **ORDERED** that Defendant Nickels' Motion to Suppress (Docket No. 20) be and hereby is **GRANTED**.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 31st day of January, 2006